**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**UNITED STATES PROBATION OFFICE**

JAN - 2 2013

MARY ANNE VOGEL
CHIEF U.S. PROBATION OFFICER
401 Courthouse Square, Third Floor
Alexandria, VA 22314-5797
(703) 299-2300

December 17, 2012

REPLY TO:
Suite 1
320-B Charles Dimmock Parkway
Colonial Heights, Virginia 23834
(804) 504-7520

**MEMORANDUM TO**
**THE HONORABLE ROBERT G. DOUMAR**
**SENIOR UNITED STATES DISTRICT JUDGE**

RE: MANUEL, Christopher
Dkt No.: 4:09CR00045-001
**REQUEST FOR VIOLATION HEARING**

On November 19, 2009, Mr. Manuel appeared before Your Honor for sentencing, after being convicted of Impersonating Federal Agent, in violation of 18 U.S.C. § 913, and False Statement, in violation of 18 U.S.C. § 1001. Your Honor sentenced Mr. Manuel to a thirty (30) month concurrent term of imprisonment, followed by three (3) years of supervised release.

Mr. Manuel was released from incarceration, and supervision commenced on May 29, 2012, in our Norfolk Division. Attached please find the Petition detailing the alleged violations and form DF-244 regarding this officer's request for location of the Violation Hearing.

Should Your Honor have any questions or need additional information, please feel free to contact me at 804/504-7528.

Respectfully submitted,

Wendy Cantrell
Senior United States Probation Officer

DF-244 (10/11)

**The Honorable Robert G. Doumar**                                                   **Page 2**

Re: MANUEL, Christopher

Please advise as to the Court's wishes with respect to the location of the revocation proceedings and forward all materials to the Clerk's Office.

Transfer the case to the Richmond division:

_____*[signature]*_____                                          _Jan 2, 2013_
Signature                                                                             Date

or

Have the offender returned to this division for a hearing*:

_____                       _____
Signature                                                                         Date

*If the offender is returned to this division, does the Court wish the probation officer supervising the case to be present for the hearing? Yes _____ No _____

Comments:

WC/djd
Attachment

**THE CLERK'S OFFICE SHALL PROVIDE A COPY OF THE SIGNED MATERIALS TO THE SUPERVISING PROBATION OFFICER**

DF-244 (10/11)

Prob 12A
(Mod. For E.VA 10/09)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Christopher Gordon Manuel          Docket No. 4:09CR00045-001

### Petition on Supervised Release

COMES NOW WENDY CANTRELL, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Christopher G. Manuel, who was placed on supervision by the Honorable Robert G. Doumar sitting in the Court at Newport News, Virginia, on the 19th day of November, 2009, who fixed the period of supervision at four (4) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. As reflected in the presentence report, the defendant presents a low risk of future substance abused and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 U.S.C. § 3563(a)(5). However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

2. The defendant shall pay for the support of his children in the amount as orered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the court from time to time, based on the defendant's financial circumstances while on supervised release.

3. The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid partially by the defendant as directed by the probation officer.

4. The defendant shall participate in an educational and vocational program, as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation: None

### ORDER OF COURT

Considered and ordered this ___2___ day of
__January__, __2013__ and ordered
filed and made a part of the records in the above case.

_____
Robert G. Doumar
Senior United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __December 17, 2012__

_____
Wendy Cantrell
Senior United States Probation Officer

Place Colonial Heights, Virginia

TO CLERK'S OFFICE

Petition on Supervised Release
Page 2
RE: MANUEL, Christopher Gordon

OFFENSE: Count 3: Impersonating Federal Agent, in violation of 18 U.S.C. § 913, a Class E Felony; Count 4: False Statement, in violation of 18 U.S.C. § 1001, a Class D Felony.

SENTENCE: Thirty (30) months imprisonment on both counts, all to be served concurrently; three (3) years term of supervised release on both counts, all to run concurrently; and $100 special assessment.

ADJUSTMENT TO SUPERVISION: Christopher G. Manuel began his period of supervised release on May 29, 2012. The defendant was originally scheduled to begin supervision on August 12, 2011, however, he was released to a state detainer following his period of incarceration with the Bureau of Prisons. Mr. Manuel received his initial supervision interview on June 1, 2012, and June 5, 2012. On both occasions, Mr. Manuel acknowledged his understanding of each condition of supervised release by executing Probation Form 7A, and he received a copy of same for his records.

Mr. Manuel transferred to the Richmond Division in August 2012. Since that time, his adjustment to supervision has been poor. Preliminary information received from local authorities, reveal that the defendant became involved in criminal activities shortly after his arrival to the Richmond area. Specifically, Mr. Manual has been accused of starting a fraudulent construction business (BAZ Construction), through the Virginia Employment Commission. He is said to have hired fifteen individuals before utilizing their personal information to fraudulently obtain credit cards and vehicle leases. According to the Commonwealth's Attorney's Office, formal charges against the defendant are pending at this time. Mr. Manuel is also wanted in Henrico County, Virginia, on Fraud charges. The defendant allegedly uttered checks greater than $200.00, at a Motel 6 in Sandston, Virginia. Since these allegations were made, the defendant has not had any contact with this officer, and his current whereabouts are unknown.

VIOLATIONS: The following violations are submitted for the Court's consideration.

MANDATORY CONDITION:     COMMISSION OF A CRIME - FRAUD.

Christopher Manual is currently wanted on Fraud charges in Henrico County, Virginia.

COMMISSION OF A CRIME - RECKLESS DRIVING.

Christopher G. Manuel is currently wanted on Reckless Driving charges in Henrico County, Virginia.

CONDITION 2:     FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS.

Christopher Manuel has failed to submit any monthly supervision reports since being placed on supervision.

WC/nnj